UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| MARK THOMPSON, | ) | |
| | ) | No. 1:14-CV-224 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| UNITED STONE, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On January 27, 2015, the parties filed a joint motion for settlement approval (Court File No. 19). The Court referred the motion to Magistrate Judge Susan K. Lee (Court File No. 20). On February 6, 2015, the Magistrate Judge held a hearing. Magistrate Judge Lee filed a Report and Recommendation ("R&R") recommending that the Court approve the settlement having determined that the settlement agreement represented a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Store, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982); *see also Crawford v. Lexington-Fayette Urban County Gov't*, No. 06-299-JBC, 2008 WL 4724499, at *2-3 (E.D. Ky. Oct. 23, 2008). Neither party filed an objection. The Court **ACCEPTS** and **ADOPTS** the R&R, **GRANTS** the joint motion (Court File No. 19), and **APPROVES** the settlement agreement.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**